```
1  MCGREGOR W. SCOTT
   United States Attorney
2  AARON D. PENNEKAMP
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
```

FILED
Mar 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-mj-0037 DB |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | **UNDER SEAL** |
| LEOBARDO GERARDO ANAYA, | |
| Defendant. | |

### [PROPOSED] SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioend matter be, and is hereby orderd, SEALED until further order of this Court.

Dated: March 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE